FILED

08 MAY -1 PM 3: 36

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

PETER HERNANDEZ,

                Plaintiff,

    vs.

B. CURRY, Warden,

                Defendant.

08 2278

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

JSW

(PR)

I, **Peter Hernandez**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No **xx**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____ N/A _____

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or             Yes _____ No __xx__

10      self employment

11      b.    Income from stocks, bonds,        Yes _____ No __xx__

12      or royalties?

13      c.    Rent payments?                    Yes _____ No __xx__

14      d.    Pensions, annuities, or           Yes _____ No __xx__

15      life insurance payments?

16      e.    Federal or State welfare payments,    Yes _____ No __xx__

17      Social Security or other govern-

18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                        Yes _____ No __xx__

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

1      b.     List the persons other than your spouse who are dependent upon you for

2             support and indicate how much you contribute toward their support. (NOTE:

3             For minor children, list only their initials and ages. DO NOT INCLUDE

4             THEIR NAMES.).

5      _____ NONE _____

6      _____

7   5.     Do you own or are you buying a home?            Yes ___ No __xx__

8   Estimated Market Value: $_____ Amount of Mortgage: $_____

9   6.     Do you own an automobile?                       Yes ___ No __xx__

10  Make _____ Year _____ Model _____

11  Is it financed? Yes _____ No _____ If so, Total due: $_____.

12  Monthly Payment: $_____

13  7.     Do you have a bank account?  Yes _____ No __xx__ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s): $_____

17  Do you own any cash?  Yes ____ No __xx__  Amount: $_____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.)  Yes ____ No __xx__

20  _____

21  8.     What are your monthly expenses?

22  Rent: $ __0.00__ Utilities: ___$ 0.00___

23  Food: $ __0.00__ Clothing: ___$ 0.00___

24  Charge Accounts:

25  | Name of Account | Monthly Payment | Total Owed on This Acct. |
    |---|---|---|

26  _____ $ __0.00__ $ __0.00__

27  _____ $ __0.00__ $ __0.00__

28  _____ $ _____ $ _____ 9.    Do

1   you have any other debts? (List current obligations, indicating amounts and to whom they are

2   payable. Do not include account numbers.)

3   _____NONE_____

4   _____

5   10.    Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?   Yes ____ No **XX**

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9   _____

10  _____

11      I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13      I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  **April 20, 2008**

17      DATE                          SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of

the prisoner's trust account statement showing transactions of

Hernandez, Peter   for the last six months at
[prisoner name]

CTF- Soledad   where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this

prisoner's account for the most recent 6-month period were $ 32.00

and the average balance in the prisoner's account each month for

the most recent 6-month period was $ 14.06.

Dated: 4/24/08

Yolanda Chang
Authorized officer of the institution
Acct / Specialist

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4/24/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Yolanda Chang
TRUST OFFICE
Acct / Specialist

4

1

2                                                  Case Number: _____

3

4

5

6

7

8

9                           **CERTIFICATE OF FUNDS**

10                                       **IN**

11                          **PRISONER'S ACCOUNT**

12

13          I certify that attached hereto is a true and correct copy of the prisoner's trust account

14   statement showing transactions of __**Peter Hernandez**_____ for the last six months

15   at     Correctional Training Facility - Central

16                                         [prisoner name]

17   __Soledad, CA 93960-0686_____ where (s)he is confined.

18                  [name of institution]

19          I further certify that the average deposits each month to this prisoner's account for the

20   most recent 6-month period were $_____ and the average balance in the prisoner's

21   account each month for the most recent 6-month period was $_____.

22

23   Dated:_____                    _____

24                                              [Authorized officer of the institution]

25

26

27

28

                                          - 5 -

REPORT ID: TS3030  .701

REPORT DATE: 04/24/08
PAGE NO:     1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 25, 2007 THRU APR. 24, 2008

ACCOUNT NUMBER : C03015                           BED/CELL NUMBER: CFFWT2000000237L
ACCOUNT NAME   : HERNANDEZ, PETER JR              ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|------|-------------|---------|-----------|----------|-------------|---------|
| 11/25/2007 | | BEGINNING BALANCE | | | | | 0.05 |
| 12/07 | D554 | INMATE PAYROL | 1757 P14 | | 48.00 | | 48.05 |
| 12/10 | FC01 | DRAW-FAC 1 | 1809 ML | | | 48.00 | 0.05 |
| | | ACTIVITY FOR 2008 | | | | | |
| 01/28 | D554 | INMATE PAYROL | 2388 P13 | | 48.00 | | 48.05 |
| 02/04 | D554 | INMATE PAYROL | 2466 P12 | | 48.00 | | 96.05 |
| 02/11 | FC01 | DRAW-FAC 1 | 2556 ML | | | 96.00 | 0.05 |
| 03/21 | D554 | INMATE PAYROL | 3072 P3 | | 48.00 | | 48.05 |
| 04/03 | D554 | INMATE PAYROL | 3152 P11 | | 48.00 | | 96.05 |
| 04/07 | FC01 | DRAW-FAC 1 | 3216 ML | | | 75.00 | 21.05 |
| 04/15 | W450 | DONATION-VETE | 3376SUBWAY | | | 18.50 | 2.55 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|----------------------------|
| 0.05 | 240.00 | 237.50 | 2.55 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
2.55

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California  93960
ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4/24/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Yolanda Cheng
Trust Office Specialist